therefore plaintiff was required to prove the same, that being a natural allegation, which he failed to do. The complaint should have been dismissed. Judgment is therefore reversed.

---

COLLINS *et al. v.* NORTH SIDE PUB. CO.

(*City Court of New York, General Term.* November 25, 1892.)

PLEADINGS—ANSWER—SUFFICIENCY.

The answer, in an action against a corporation, wherein defendant, after admitting its organization, "alleges that it has no knowledge or information sufficient to form a belief as to the truth of all the other allegations contained in said complaint," is insufficient, under Code Civil Proc. § 500, requiring an answer to contain "a general or special denial of each material allegation of the complaint controverted by defendant, or of any knowledge or information thereof sufficient to form a belief."

Appeal from trial term.

Action by W. Newton Collins and another against the North Side Publishing Company. Plaintiffs had judgment, and defendant appeals. Affirmed.

Argued before EHRLICH, C. J., and FITZSIMONS and NEWBURGER, JJ.

*William G. McCrea,* for appellant. *Douglas & Minton,* for respondents.

FITZSIMONS, J. This is an action for the price of printing inks, amounting to $178.66, all unpaid, except $31.25, which was paid by advertising done for plaintiffs. The plaintiffs demand judgment for balance, $147.41. The answer admits incorporation of defendant, and then, further answering, "alleges that it has no knowledge or information sufficient to form a belief as to the truth of all the other allegations contained in said complaint." Plaintiffs moved for judgment on the pleadings, which was granted, on the ground that the answer was frivolous. From the order entered thereon this appeal is taken.

The Code, § 500, requires an answer to contain "a general or specific denial of each material allegation of the complaint controverted by the defendant, or of any knowledge or information thereof sufficient to form a belief." The answer of the defendant herein clearly does not controvert each material allegation of the complaint, as required by the Code. It only alleges that the defendant has no knowledge or information sufficient to form a belief as to the truth of all such allegations. Under such a form of pleading the defendant might have knowledge of all the allegations of a complaint except one, and yet his answer would be literally correct. Such a conjunctive denial is bad, and not authorized by the Code. If a defendant has knowledge or information of the material allegations of the complaint, the Code requires him to deny each allegation controverted by him, and the fact that he claims to have no knowledge or information sufficient to form a belief does not relieve him from saying so concerning each and every allegation which he so wishes to controvert. I think that the proper form of a denial such as the defendant adopted should read: "The defendant alleges that he has no knowledge or information sufficient to form a belief as to the truth of each allegation contained in the complaint."

The order appealed from is affirmed, with costs. All concur.